# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DONALD E. MITCHELL, JR., | Case No. 3:25-CV-00101-ART-CLB |
| Plaintiff, | **ORDER TO CHANGE ADDRESS** |
| v. | |
| NETHANJAH BREITENBACH, *et al.*, | |
| Defendants. | |

On April 13, 2026, Defendants filed their answer, and a copy of the docket entry was mailed to Plaintiff Donald E. Mitchell, Jr.'s ("Mitchell") address at Lovelock Correctional Center ("LCC"). (ECF Nos. 17, 18.) However, LCC returned the document as undeliverable because Mitchell is now located at Ely State Prison. (ECF No. 18.) Pursuant to Local Rule IA 3-1, Mitchell is required to file with the Court written notification of any change of mailing address, which he has not done.

**IT IS THEREFORE ORDERED** that Mitchell shall file his notice of change of address with the Court by **Friday, May 15, 2026**, and failure to do so will result in a recommendation that this action be dismissed.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **SEND** this order and **RESEND** ECF No. 17 to Mitchell at **Ely State Prison**.

**DATED**: April 14, 2026    .

_____
**UNITED STATES MAGISTRATE JUDGE**